# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TREVINO,<br><br>              Plaintiff,<br><br>    v.<br><br>D. ENGLER, et al.,<br><br>              Defendants. | Case No. CV 10-0620-SVW (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has expired, and no Objections have been filed. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

      **IT IS HEREBY ORDERED** that judgment be entered dismissing this action without prejudice.

DATED: July 28, 2010

                                                          STEPHEN V. WILSON
                                                    UNITED STATES DISTRICT JUDGE