# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TREVINO,<br><br>              Plaintiff,<br><br>    v.<br><br>D. ENGLER, et al.,<br><br>              Defendants. | Case No. CV 10-0620-SVW (JEM)<br><br>**JUDGMENT** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    **IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED: July 28, 2010

                                            STEPHEN V. WILSON
                                        UNITED STATES DISTRICT JUDGE